UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY CHAPMAN,<br><br>                    Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. C14-5475-RAJ-BAT<br><br>**ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS** |

This matter comes before the court on the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge.  The court has reviewed the Report and Recommendation and notes that no party has objected to it.  The court ADOPTS the Report and Recommendation (Dkt. # 21), REVERSES the decision of the Commissioner, and REMANDS this action to the Social Security Administration for further proceedings consistent with the Report and Recommendation.  The clerk shall enter judgment for Plaintiff, dismiss this action, and ensure that Judge Tsuchida receives notice of this order.

DATED this 9th day of February, 2015.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Court Judge

ORDER REVERSING AND REMANDING CASE FOR FURTHER
ADMINISTRATIVE PROCEEDINGS - 1